IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Young, Lisa Monique

Printed: 4/22/08

Case Number: 05 B 01028
Judge: Wedoff, Eugene R

Filed: 1/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 31, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,880.00 |  |
| Secured: |  | 5,382.46 |
| Unsecured: |  | 897.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,159.00 |
| Trustee Fee: |  | 425.83 |
| Other Funds: |  | 14.90 |
| Totals: | 8,880.00 | 8,880.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,159.00 | 2,159.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 7,489.35 | 5,382.46 |
| 4. | Commonwealth Edison | Unsecured | 737.95 | 44.78 |
| 5. | Jefferson Capital | Unsecured | 702.70 | 42.64 |
| 6. | Jefferson Capital | Unsecured | 250.91 | 15.23 |
| 7. | Portfolio Recovery Associates | Unsecured | 12,462.30 | 795.16 |
| 8. | Nationwide Acceptance Corp | Unsecured | 234.64 | 0.00 |
|  |  |  | $ 24,036.85 | $ 8,439.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 51.19 |
| 3% | 28.21 |
| 5.5% | 124.30 |
| 5% | 63.25 |
| 4.8% | 76.80 |
| 5.4% | 82.08 |
|  | $ 425.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Young, Lisa Monique | Case Number: 05 B 01028 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 1/13/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

